**Opinion issued November 22, 2022**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-22-00193-CV

———————————

**BEDFORD IKECHUKWU UMEZULIKE, DORIS NNEKA UMEZULIKE, AND AMAKA UMEZULIKE, Appellants**

**v.**

**ERIC UMEH AND EMAIDO HAILEY, Appellees**

---

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Case No. PR-0081558-A**

---

### MEMORANDUM OPINION

Appellants, Bedford Ikechukwu Umezulike, Doris Nneka Umezulike, and Amaka Umezulike, appeal from the trial court's February 23, 2022 order granting motion for summary judgment.

In their third motion for extension of time to file appellants' brief, the appellants advised that they had reached settlement terms during mediation and needed 60 days to finalize their settlement agreement. The Court granted this motion and issued an order abating the appeal for 60 days. On October 27, 2022, appellants filed a motion to dismiss the appeal. Appellees agree to this motion.

Accordingly, we grant the motion and order the appeal dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.